United States Bankruptcy Court
Eastern District of New York

In re:  
Anthony Abbatemarco  
Kristi J Abbatemarco  
    Debtors

Case No. 18-45663-cec  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0207-1    User: admin    Page 1 of 1    Date Rcvd: Dec 24, 2018  
                 Form ID: 268    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2018.  
db/jdb       Anthony Abbatemarco,    Kristi J Abbatemarco,    11 Palmer Ave,    Staten Island, NY   10302-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 24 2018 18:13:27  
       Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),  
       U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449  
                                                                                                                                      TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2018 at the address(es) listed below:  
       Alan Nisselson    anisselson@windelsmarx.com,  
     theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com  
       Kevin Zazzera    on behalf of Joint Debtor Kristi J Abbatemarco kzazz007@yahoo.com  
       Kevin Zazzera    on behalf of Debtor Anthony Abbatemarco kzazz007@yahoo.com  
       Lisa Milas    on behalf of Creditor    M&T BANK lmilas@schillerknapp.com,  
     ahight@schillerknapp.com;kcollins@schillerknapp.com;bfisher@schillerknapp.com;Tshariff@schillerknapp.com  
       Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov  
                                                                                                     TOTAL: 5

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Anthony Abbatemarco** | Social Security number or ITIN | **xxx–xx–8682** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Kristi J Abbatemarco** | Social Security number or ITIN | **xxx–xx–7358** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Eastern District of New York** | | Date case filed for chapter  **7   10/1/18** | |
| Case number:   **1–18–45663–cec** | | | |

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION OR OFFICIAL FORM 423 CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by January 8, 2019, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: December 24, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 02/01/17]